THOMPSON BUKHER LLP

369 Lexington Avenue, Suite 327
New York, New York 10017
Telephone: (646) 770-1097
Facsimile: (646) 924-3040

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICKTOR STEVENSON and GLORIA ESPINOZA, *individually, and on behalf of others similarly situated.* | |
| *Plaintiffs*, | **COLLECTIVE ACTION UNDER 29 U.S.C. § 216(b)** |
| – against – | |
| CUTLER SOHO, LLC, CUTLER PARK AVENUE, LLC, DANIRO 57TH STREET SALON NEW YORK, LLC, RODNEY CUTLER, MICHAEL GORDON, BEN STEWART, ANTHONY BARROW, DAVID KASTIN, XYZ COMPANIES 1–10 (UNIDENTIFIED), and JOHN AND JANE DOES A–Z (UNIDENTIFIED), | Civ. Action No.: 14-cv-0240 (AKH) ECF Case |
| *Defendants*. | |

**PLAINTIFFS' EX PARTE APPLICATION FOR AN ORDER TO SHOW CAUSE SEEKING CERTIFICATION OF COLLECTIVE ACTION AND APPROVAL OF NOTICE OF LAWSUIT**

Plaintiffs Vicktor Stevenson and Gloria Espinoza, individually, and on behalf of others similarly situated ("Plaintiffs"), upon the Affirmation of Benjamin S. Thompson, Esq. in Support of Plaintiffs' Ex Parte Application, the Declaration of Vicktor Stevenson, the Declaration of Gloria Espinoza, and the Memorandum of Law in support thereof, hereby apply *ex parte*, pursuant to the

1

Fair Labor Standards Act 29 U.S.C. § 216(b), for certification of collective action and approval of notice of lawsuit. Plaintiffs further move for an order to show cause for certification of collective action and approval of notice.

The basis for this application is set forth in the accompanying Affirmation of Benjamin S. Thompson, Esq., dated March 5, 2015, the Declaration of Vicktor Stevenson, dated March 5, 2015, the Declaration of Gloria Espinoza, dated March 5, 2015, and the Memorandum of Law in support of this application.

A proposed order is annexed hereto.

Dated: New York, New York
March 6, 2015

Benjamin S. Thompson (BT2176)
THOMPSON BUKHER LLP
369 Lexington Avenue, Suite 327
New York, NY 10017
P: 646-770-1097
F: 646-349-2366
bthompson@thomplegal.com

*Attorneys for Plaintiffs*

2