THOMPSON BUKHER LLP

369 Lexington Avenue, Suite 327
New York, New York 10017
Telephone: (646) 770-1097
Facsimile: (646) 924-3040

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICKTOR STEVENSON and GLORIA ESPINOZA, *individually, and on behalf of others similarly situated.* <br><br> *Plaintiffs*, <br><br> – against – <br><br> CUTLER SOHO, LLC, CUTLER PARK AVENUE, LLC, DANIRO 57TH STREET SALON NEW YORK, LLC, RODNEY CUTLER, MICHAEL GORDON, BEN STEWART, ANTHONY BARROW, DAVID KASTIN, XYZ COMPANIES 1–10 (UNIDENTIFIED), and JOHN AND JANE DOES A–Z (UNIDENTIFIED), <br><br> *Defendants*. | **COLLECTIVE ACTION UNDER 29 U.S.C. § 216(b)** <br><br> Civ. Action No.: 14-cv-0240 (AKH) <br> ECF Case <br><br> **AFFIRMATION OF BENJAMIN S. THOMPSON IN SUPPORT OF PLAINTIFFS' ORDER TO SHOW CAUSE** |

BENJAMIN S. THOMPSON, ESQ., under penalty of perjury, declares and says:

1.  I am an attorney licensed to practice law in the State of New York and before the bar of the Southern District of New York. I am a member of the law firm of Thompson Bukher LLP and counsel to plaintiffs Vicktor Stevenson and Gloria Espinoza (the "Plaintiffs").

2.  I submit this declaration in support of Plaintiffs' *ex parte* application for an order to show cause seeking certification of collective action and approval of notice.

3.  If called as a witness, I would testify to the following upon personal knowledge and/or upon my review of the files on this matter.

4. A copy of the order issued by the Court in this matter on November 3, 2014 (the "Order") is annexed hereto as <u>Exhibit A</u>.

5. A copy of the Revised Proposed Notice of Lawsuit (the "Notice") is annexed hereto as <u>Exhibit B</u>, which includes a blackline comparing the Revised Proposed Notice of Lawsuit to the previously proposed notice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2015

_____
BENJAMIN S. THOMPSON