EXHIBIT A

Case 1:14-cv-00240-AKH Document 18-1 Filed 03/09/15 Page 2 of 3
Case 1:14-cv-00240-AKH Document 13 Filed 11/03/14 Page 1 of 2
Case 1:14-cv-00240-AKH Document 12 Filed 09/03/14 Page 1 of 2

THOMPSON BUKHER LLP
Benjamin S. Thompson
369 Lexington Avenue
Suite 327
New York, New York 10017
Telephone: (212) 920-6050
Facsimile: (646) 924-3040

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/14

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICKTOR STEVENSON and GLORIA ESPINOZA, *individually, and on behalf of others similarly situated.*<br><br>Plaintiffs,<br><br>– against –<br><br>CUTLER SOHO, LLC, CUTLER PARK AVENUE, LLC, DANIRO 57TH STREET SALON NEW YORK, LLC, RODNEY CUTLER, MICHAEL GORDON, BEN STEWART, ANTHONY BARROW, DAVID KASTIN, XYZ COMPANIES 1–10 (UNIDENTIFIED), and JOHN AND JANE DOES A–Z (UNIDENTIFIED),<br><br>Defendants. | Civ. Action No.: 14-cv-0240 (AKH)<br><br>**Collective Action Under 29 U.S.C. § 216(b)**<br><br>**NOTICE OF MOTION ON CONSENT FOR ORDER OF CONDITIONAL CERTIFICATION OF COLLECTIVE ACTION AND FOR APPROVAL OF NOTICE OF LAWSUIT**<br><br>**ECF Case** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Motion on Consent for Order of Conditional Certification of Collective Action and for Approval of Notice of Lawsuit, along with the Proposed Order and Proposed Notice of Lawsuit attached thereto, the undersigned in the above-captioned action will move this Court before the Honorable Alvin K. Hellerstein, U.S. District Judge, at the earliest date and time convenient for the Court, in Courtroom 14D at the United States District Courthouse, 500 Pearl

*[Handwritten annotation:]* Motion denied for failure to provide free choice of attorney to members of class who opt-in. See my Individual Rules, R. 6/+ form Template and for attempting to restrict the Court's obligation to determine a reasonable fee. See 29 U.S.C. § 216(b). 10/31/14 /s/ AK Hellerstein

Case 1:14-cv-00240-AKH   Document 19-1   Filed 03/09/15   Page 3 of 3
Case 1:14-cv-00240-AKH   Document 13   Filed 11/03/14   Page 2 of 2
Case 1:14-cv-00240-AKH   Document 12   Filed 09/03/14   Page 2 of 2

Street, New York, New York 10007, for an Order conditionally certifying a collective action and approving the Notice of Lawsuit submitted herewith.

Dated: New York, New York
August 29, 2014

                                        THOMPSON BUKHER LLP

By: _____
    Benjamin S. Thompson (BT2176)
369 Lexington Avenue
Suite 327
New York, New York 10017
Telephone: (212) 920-6050
Facsimile: (646) 924-3040

*Attorneys for Plaintiffs*