THOMPSON BUKHER LLP

369 Lexington Avenue, Suite 327
New York, New York 10017
Telephone: (646) 770-1097
Facsimile: (646) 924-3040

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICKTOR STEVENSON and GLORIA ESPINOZA, *individually, and on behalf of others similarly situated.*<br><br>           *Plaintiffs*,<br><br>– against –<br><br>CUTLER SOHO, LLC, CUTLER PARK AVENUE, LLC, DANIRO 57TH STREET SALON NEW YORK, LLC, RODNEY CUTLER, MICHAEL GORDON, BEN STEWART, ANTHONY BARROW, DAVID KASTIN, XYZ COMPANIES 1–10 (UNIDENTIFIED), and JOHN AND JANE DOES A–Z (UNIDENTIFIED),<br><br>           *Defendants*. | **COLLECTIVE ACTION UNDER 29 U.S.C. § 216(b)**<br><br>Civ. Action No.: 14-cv-0240 (AKH)<br>ECF Case |

### NOTICE OF PLAINTIFFS' MOTION TO CONDITIONALLY CERTIFY A FLSA COLLECTIVE ACTION AND APPROVE NOTICE OF LAWSUIT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Conditionally Certify A FLSA Collective Action and Approve Notice of Lawsuit, Affirmation of Benjamin S. Thompson, Esq., Declaration of Gloria Espinoza, and Declaration of Vicktor Stevenson, plaintiffs Vicktor Stevenson and Gloria Espinoza, individually and on behalf of others similarly situation (the "Plaintiffs") will move this Court before the

1

Honorable Alvin K. Hellerstein, 500 Pearl Street, New York, New York 10007 pursuant to the Fair Labor Standards Act 29 U.S.C. § 216(b), for certification of collective action and approval of notice of lawsuit.

PLEASE TAKE FURTHER NOTICE that opposition papers, if any, must be served in accordance with Local Rule 6.1(a) unless otherwise ordered by the Court.

Dated: New York, New York
April 21, 2015

Benjamin S. Thompson (BT2176)
THOMPSON BUKHER LLP
369 Lexington Avenue, Suite 327
New York, NY 10017
P: 646-770-1097
F: 646-349-2366
bthompson@thomplegal.com

*Attorneys for Plaintiffs*

2