EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICKTOR STEVENSON and GLORIA ESPINOZA, *individually, and on behalf of others similarly situated*.<br><br>*Plaintiffs*,<br><br>– against –<br><br>CUTLER SOHO, LLC, CUTLER PARK AVENUE, LLC, DANIRO 57TH STREET SALON NEW YORK, LLC, RODNEY CUTLER, MICHAEL GORDON, BEN STEWART, ANTHONY BARROW, DAVID KASTIN, XYZ COMPANIES 1–10 (UNIDENTIFIED), and JOHN AND JANE DOES A–Z (UNIDENTIFIED),<br><br>*Defendants*. | Civ. Action No.: 14-cv-0240 (AKH)<br><br>**NOTICE OF LAWSUIT**<br><br>ECF Case |

**IF YOU WERE EMPLOYED AS AN ASSISTANT, ASSISTANT COLORIST, ASSISTANT STYLIST, COLORIST, AND/OR STYLIST AT CUTLER, located at 47 W 57TH St. #2, New York, NY 10019, CUTLER SALON, located at 420 Park Ave. S., New York, NY 10016, AND/OR CUTLER, located at 465 W Broadway, New York, NY 10012, BETWEEN JANUARY 13, 2011 AND THE PRESENT, PLEASE READ THIS NOTICE.**

The purpose of this Notice is to advise you that a collective action lawsuit has been filed against Cutler Soho, LLC, Cutler Park Avenue, LLC, Daniro 57th Street Salon New York, LLC, Rodney Cutler, Michael Gordon, Ben Stewart, Anthony Barrow, David Kastin, and unidentified companies and persons (collectively referred to as "**Cutler**"), and to inform you of your legal rights in connection with that suit.

- The lawsuit claims that Cutler failed to pay assistants, assistant colorists, assistant stylists, colorists, and stylists (the "**Staff**") minimum wages and overtime pay, as well as other wages required by the federal Fair Labor Standards Act ("**FLSA**") and New York State Labor Law ("**NYLL**"). The filed lawsuit seeks to recover money owed in back wages and additional damages known as "liquidated damages," along with interest, attorneys' fees, and costs.

- Cutler denies any wrongdoing or violation of any law and maintains that they paid their Staff appropriately.

- The Court has not made a determination of who is right and who is wrong in this case. This Notice should not be taken as an indication that you should or should not join this lawsuit.

### 1. Why did I get this notice?

You received this notice because Cutler's records show that you work or worked at Cutler as an assistant, assistant colorist, assistant stylist, colorist, or stylist between January 13, 2011 and the present.

### 2. What is this lawsuit about?

This lawsuit is about whether Cutler paid its staff in accordance with the federal and state labor laws. In particular, this lawsuit alleges that Cutler violated Federal and New York law by (i) failing to pay its Staff at the required minimum wage rate for some or all of the hours that they worked; (ii) reducing the wages of its Staff by applying a tip credit but not providing adequate notice of the tip credit, not permitting the Staff to retain all of their tips, and encouraging misreporting of tips; and (iii) failing to pay the Staff at one and one-half (1½) the regular hourly rate for all hours worked over 40 in a week.

This lawsuit also alleges that Cutler violated New York law by (i) failing to pay "spread of hours" pay, which requires an additional hour's pay for each day in which the Staff worked more than 10 hours, and (ii) improperly deducting from the Staff's tips.

### 3. What damages is the lawsuit seeking?

The lawsuit is seeking to recover unpaid minimum wages, overtime pay, spread of hours pay and "liquidated damages," which doubles the amount of wages owed. The lawsuit is also seeking recovery of reasonable costs and attorneys' fees, to be determined by the court.

### 4. What happens if I join the lawsuit?

If you choose to join this lawsuit, you will be bound by any ruling, settlement, or judgment, whether favorable or unfavorable. You will also share in any proceeds from a settlement of favorable judgment.

### 5. What happens if I do not join this lawsuit?

If you choose not to join this lawsuit, you do not need to do anything. If you do not join this lawsuit, you will not be a part of the case in any way, and will not be bound by any resolution, whether favorable or unfavorable. You should be aware that a claim under the FLSA must be brought within two (2) years of the date the claim accrues, unless you can prove that your employer's violation was "willful," in which case the claim must be brought within three (3) years.

### 6. How do I ask the Court to include me in the case?

Enclosed is a form called "Plaintiff Consent Form." **If you choose to join this lawsuit, it is extremely important that you read, sign, and promptly return the Plaintiff Consent Form**. An addressed and postage paid envelope is enclosed for your convenience. Should the enclosed envelope be lost or misplaced, the Plaintiff Consent Form must be sent to the following address:

Thompson Bukher LLP
369 Lexington Avenue
Suite 327
New York, New York 10022
(212) 920-6050

The Plaintiff Consent Form can also be faxed to Thompson Bukher LLP at (646) 924-3040, or emailed to FLSA@thomplegal.com.

You may elect to participate in the lawsuit using Thompson Bukher LLP as your counsel, or you may join using your own counsel. Thompson Bukher LLP will promptly file the election to join that they receive.

The signed Plaintiff Consent Form must be postmarked by 45 days from mailing of this Notice. **If your signed Plaintiff Consent Form is not postmarked by 45 days from mailing of this Notice, you may not be able to participate in this lawsuit or share in a monetary recovery**.

### 7. How will the lawyers be paid?

The attorneys, Thompson Bukher LLP, are handling the lawsuit on a contingency fee basis, which means that if there is no recovery, they will not recover a fee. You do not have to pay the attorneys anything to join the case. If there is a recovery, Thompson Bukher LLP may receive the greater of either (i) the full amount of attorneys' fees if awarded by the Court and paid by Defendants, or (ii) one-third (i.e., 33.33%) of any recovery obtained after deducting any out-of-pocket expenses properly chargeable to the prosecution of this case.

### 8. Can Cutler and/or my current employer retaliate or fire me if I join the lawsuit?

**No. It is a violation of Federal and New York State law for Cutler or any other employer to fire, discipline, or in any manner discriminate or retaliate against you for taking part in this case.**

### 9. Can I participate in this lawsuit even though, due to my immigration status, I did not work or am not working at Cutler legally?

Yes. Your immigration status does not affect your entitlement to recover back wages or to participate in this lawsuit.

**Plaintiff Consent Form (Page 1 of 2)**

I consent to be a party plaintiff in the lawsuit *Stevenson v. Cutler Soho, LLC, et al.*, U.S. District Court, Southern District of New York, Civil Action No. 14-cv-0240 (AKH), in order to seek redress for violations of the Fair Labor Standards Act.

I was employed as an Assistant, Assistant Colorist, Assistant Stylist, Colorist, and/or Stylist at Cutler and/or Cutler Salon between January 13, 2011 and present.

Check one of the following:

☐ I hereby designate Thompson Bukher LLP to represent me and make decisions on my behalf concerning the litigation and any settlement.

☐ I desire to be represented by my own attorney who will file a notice of appearance with the clerk of the Court. My attorney's information is as follows:

Attorney Name: _____

Attorney Address: _____

_____

Attorney Phone: _____

By signing and returning this consent form, I hereby designate Thompson Bukher LLP to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

Dated: _____, 2015

Signature:_____

**PLEASE FILL OUT THE CONTACT INFORMATON ON**
**THE NEXT PAGE AND RETURN BOTH PAGES**

**Plaintiff Consent Form (Page 2 of 2)**

Name: _____

Address: _____

_____

Phone Number: _____

Alternate Phone Number: _____

E-mail Address: _____

**Mail, Fax, or E-mail BOTH PAGES to:**

Thompson Bukher LLP
369 Lexington Avenue
Suite 327
New York, New York 10022
Tel: (212) 920-6050
Fax: (646) 924-3040
E-mail: FLSA@thomplegal.com

**BLACKLINE AGAINST FIRST VERSION**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICKTOR STEVENSON and GLORIA ESPINOZA, *individually, and on behalf of others similarly situated*.<br><br>*Plaintiffs*,<br><br>– against –<br><br>CUTLER SOHO, LLC, CUTLER PARK AVENUE, LLC, DANIRO 57TH STREET SALON NEW YORK, LLC, RODNEY CUTLER, MICHAEL GORDON, BEN STEWART, ANTHONY BARROW, DAVID KASTIN, XYZ COMPANIES 1–10 (UNIDENTIFIED), and JOHN AND JANE DOES A–Z (UNIDENTIFIED),<br><br>*Defendants*. | Civ. Action No.: 14-cv-0240 (AKH)<br><br>**NOTICE OF LAWSUIT**<br><br>ECF Case |

**IF YOU WERE EMPLOYED AS AN ASSISTANT, ASSISTANT COLORIST, ASSISTANT STYLIST, COLORIST, AND/OR STYLIST AT CUTLER, located at 47 W 57TH St. #2, New York, NY 10019, CUTLER SALON, located at 420 Park Ave. S., New York, NY 10016, AND/OR CUTLER, located at 465 W Broadway, New York, NY 10012, BETWEEN JANUARY 13, 2011 AND THE PRESENT, PLEASE READ THIS NOTICE.**

The purpose of this Notice is to advise you that a collective action lawsuit has been filed against Cutler Soho, LLC, Cutler Park Avenue, LLC, Daniro 57th Street Salon New York, LLC, Rodney Cutler, Michael Gordon, Ben Stewart, Anthony Barrow, David Kastin, and unidentified companies and persons (collectively referred to as "**Cutler**"), and to inform you of your legal rights in connection with that suit.

- The lawsuit claims that Cutler failed to pay assistants, assistant colorists, assistant stylists, colorists, and stylists (the "**Staff**") minimum wages and overtime pay, as well as other wages required by the federal Fair Labor Standards Act ("**FLSA**") and New York State Labor Law ("**NYLL**"). The filed lawsuit seeks to recover money owed in back wages and additional damages known as "liquidated damages," along with interest, attorneys' fees, and costs.

- Cutler denies any wrongdoing or violation of any law and maintains that they paid their Staff appropriately.

- The Court has not made a determination of who is right and who is wrong in this case. This Notice should not be taken as an indication that you should or should not join this lawsuit.

### 1. Why did I get this notice?

You received this notice because Cutler's records show that you work or worked at Cutler as an assistant, assistant colorist, assistant stylist, colorist, or stylist between January 13, 2011 and the present.

### 2. What is this lawsuit about?

This lawsuit is about whether Cutler paid its staff in accordance with the federal and state labor laws. In particular, this lawsuit alleges that Cutler violated Federal and New York law by (i) failing to pay its Staff at the required minimum wage rate for some or all of the hours that they worked; (ii) reducing the wages of its Staff by applying a tip credit but not providing adequate notice of the tip credit, not permitting the Staff to retain all of their tips, and encouraging misreporting of tips; and (iii) failing to pay the Staff at one and one-half (1½) the regular hourly rate for all hours worked over 40 in a week.

This lawsuit also alleges that Cutler violated New York law by (i) failing to pay "spread of hours" pay, which requires an additional hour's pay for each day in which the Staff worked more than 10 hours, and (ii) improperly deducting from the Staff's tips.

### 3. What damages is the lawsuit seeking?

The lawsuit is seeking to recover unpaid minimum wages, overtime pay, spread of hours pay and "liquidated damages," which doubles the amount of wages owed. The lawsuit is also seeking recovery of reasonable costs and attorneys' fees, to be determined by the court.

### 4. What happens if I join the lawsuit?

If you choose to join this lawsuit, you will be bound by any ruling, settlement, or judgment, whether favorable or unfavorable. You will also share in any proceeds from a settlement of favorable judgment.

### 5. What happens if I do not join this lawsuit?

If you choose not to join this lawsuit, you do not need to do anything. If you do not join this lawsuit, you will not be a part of the case in any way, and will not be bound by any resolution, whether favorable or unfavorable. You should be aware that a claim under the FLSA must be brought within two (2) years of the date the claim accrues, unless you can prove that your employer's violation was "willful," in which case the claim must be brought within three (3) years.

| 5.6. | How do I ask the Court to include me in the case? |

Enclosed is a form called "Plaintiff Consent Form." **If you choose to join this lawsuit, it is extremely important that you read, sign, and promptly return the Plaintiff Consent Form**. An addressed and postage paid envelope is enclosed for your convenience. Should the enclosed envelope be lost or misplaced, the Plaintiff Consent Form must be sent to the following address:

Thompson Bukher LLP
369 Lexington Avenue
Suite 327
New York, New York 10022
(212) 920-6050

The Plaintiff Consent Form can also be faxed to Thompson Bukher LLP at (646) 924-3040, or emailed to ~~FLSA@thomplegal.com.~~ FLSA@thomplegal.com.

You may elect to participate in the lawsuit using Thompson Bukher LLP as your counsel, or you may join using your own counsel. Thompson Bukher LLP will promptly file the election to join that they receive.

The signed Plaintiff Consent Form must be postmarked by 45 days from mailing of this Notice. **If your signed Plaintiff Consent Form is not postmarked by 45 days from mailing of this Notice, you may not be able to participate in this lawsuit or share in a monetary recovery**.

| 6.7. | How will the lawyers be paid? |

The attorneys, Thompson Bukher LLP, are handling the lawsuit on a contingency fee basis, which means that if there is no recovery, they will not recover a fee. You do not have to pay the attorneys anything to join the case. If there is a recovery, Thompson Bukher LLP ~~will~~may receive the greater of either (i) the full amount of attorneys' fees if awarded by the Court and paid by Defendants, or (ii) one-third (i.e., 33.33%) of any recovery obtained after deducting any out-of-pocket expenses properly chargeable to the prosecution of this case.

| 7.8. | Can Cutler and/or my current employer retaliate or fire me if I join the lawsuit? |

**No. It is a violation of Federal and New York State law for Cutler or any other employer to fire, discipline, or in any manner discriminate or retaliate against you for taking part in this case.**

| 8.9. | Can I participate in this lawsuit even though, due to my immigration status, I did not work or am not working at Cutler legally? |

Yes. Your immigration status does not affect your entitlement to recover back wages or to participate in this lawsuit.

**Plaintiff Consent Form (Page 1 of 2)**

I consent to be a party plaintiff in the lawsuit *Stevenson v. Cutler Soho, LLC, et al.*, U.S. District Court, Southern District of New York, Civil Action No. 14-cv-0240 (AKH), in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b)..

I was employed as an Assistant, Assistant Colorist, Assistant Stylist, Colorist, and/or Stylist at Cutler and/or Cutler Salon between January 13, 2011 and present.

Check one of the following:

☐ I hereby designate Thompson Bukher LLP to represent me and make decisions on my behalf concerning the litigation and any settlement.

☐ I desire to be represented by my own attorney who will file a notice of appearance with the clerk of the Court. My attorney's information is as follows:

Attorney Name: _____

Attorney Address: _____

_____

Attorney Phone: _____

By signing and returning this consent form, I hereby designate Thompson Bukher LLP to represent me and make decisions on my behalf concerning the litigation and any settlement. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

Dated: _____, 20142015

Signature:_____

**PLEASE FILL OUT THE CONTACT INFORMATON ON
THE NEXT PAGE AND RETURN BOTH PAGES**

**Plaintiff Consent Form (Page 2 of 2)**

| | |
|---:|:---|
| Name: | _____ |
| Address: | _____ |
| | _____ |
| Phone Number: | _____ |
| Alternate Phone Number: | _____ |
| E-mail Address: | _____ |

**Mail, Fax, or E-mail BOTH PAGES to:**

Thompson Bukher LLP
369 Lexington Avenue
Suite 327
New York, New York 10022
Tel: (212) 920-6050
Fax: (646) 924-3040
E-mail: FLSA@thomplegal.com