**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| VICKTOR STEVENSON and GLORIA ESPINOZA, individually, and on behalf of others similarly situated.<br><br>*Plaintiffs*,<br><br>– against –<br><br>CUTLER SOHO, LLC, CUTLER PARK AVENUE, LLC, DANIRO 57TH STREET SALON NEW YORK, LLC, RODNEY CUTLER, MICHAEL GORDON, BEN STEWART, ANTHONY BARROW, DAVID KASTIN, XYZ COMPANIES 1–10 (UNIDENTIFIED), and JOHN AND JANE DOES A–Z (UNIDENTIFIED),<br><br>*Defendants*. | Civ. Action No.: 14-cv-0240 (AKH)<br><br>Collective Action Under<br>29 U.S.C. § 216(b)<br><br>ECF Case<br><br>Magistrate Judge James L. Cott |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Sanctions, along with the Declaration of Benjamin S. Thompson, and the accompanying Exhibits thereto, plaintiffs Vicktor Stevenson and Gloria Espinoza, individually, and on behalf of other joined plaintiffs in this matter (the "**Plaintiffs**") will move this Court before the Honorable Alvin K. Hellerstein, U.S. District Judge, at the earliest date and time convenient for the Court, in Courtroom 14D at the United States District Courthouse, 500 Pearl Street, New York, New York 10007, pursuant to Rules 37(b), 37(d) and the inherent power of the Court for sanctions against defendants Cutler Soho, LLC, Cutler Park Avenue, LLC, Daniro 57th Street Salon New York, LLC, Rodney Cutler, Ben Stewart, Anthony Barrow, and David Kastin (the "**Defendants**").

**PLEASE TAKE FURTHER NOTICE**, that Plaintiffs seek the following remedies on this motion:

1.  With respect to Fed. R. Civ. P. 37(b) and (d), for Defendants' refusal to produce adequately prepared Rule 30(b)(6) witness pursuant to the Court's order, that sanctions be awarded in the form of the Court (i) directing a finding that Defendants failed to maintain adequate wage and hour records, or otherwise destroyed such records, with the intent to deprive Plaintiffs of such records in this litigation; (ii) ordering Defendants to pay Plaintiffs' reasonable expenses, including attorney's

fees, in connection with the two Rule 30(b)(6) depositions conducted by the Plaintiffs; and (iii) ordering Defendants to pay Plaintiffs' reasonable expenses, including attorney's fees, in connection with this motion.

    2.    With respect to Fed. R. Civ. P. 37(b), for Defendants' failure to preserve physical records in the form of wage and hour records, and/or for their destruction of such information, that sanctions be awarded in the form of the Court (i) ordering a mandatory presumption (including instructions to the finder of fact requiring such mandatory presumption) that the information contained in such records was unfavorable to the Defendants; and (ii) ordering Defendants and their attorneys, mutually and severally, to pay Plaintiffs' reasonable expenses, including attorney's fees, in connection with this motion.

    3.    With respect to the Court's inherent powers, to order such additional sanctions and/or relief against Defendants as the Court deems equitable and just.

PLAINTIFFS CERTIFY that their counsel has, in good faith, conferred with Defendants' counsel regarding the foregoing in an effort to obtain responsive documents and/or deposition compliance (as applicable) without court action.

Dated:  New York, New York
        May 8, 2017

                                    THOMPSON BUKHER LLP

By: _____
        Tim Bukher (TB1984)
        Benjamin S. Thompson (BT2176)
        Michael Feldberg (MF0220)
75 Broad Street, Suite 2120
New York, New York 10004
Telephone: (212) 920-6050
Facsimile: (646) 924-3040
*Attorneys for Plaintiffs*