Stevenson v. Cutler, et al - 14-cv-0240 (AKH)
Plaintiffs' Motion for Sanctions

# Exhibit 9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VICKTOR STEVENSON and GLORIA ESPINOZA, *individually, and on behalf of others similarly situated.*

*Plaintiffs*,

– against –

CUTLER SOHO, LLC, CUTLER PARK AVENUE, LLC, DANIRO 57TH STREET SALON NEW YORK, LLC, RODNEY CUTLER, MICHAEL GORDON, BEN STEWART, ANTHONY BARROW, DAVID KASTIN, XYZ COMPANIES 1–10 (UNIDENTIFIED), and JOHN AND JANE DOES A–Z (UNIDENTIFIED),

*Defendants*.

COLLECTIVE ACTION
UNDER 29 U.S.C. § 216(b)

Civ. Action No.: 14-cv-0240 (AKH)
ECF Case

## NOTICE OF DEPOSITION

**PLEASE TAKE NOTICE**, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs will take the oral deposition of defendant Anthony Barrow on March 27, 2017 beginning at 10:00 a.m. before an officer authorized to administer oaths at the offices of Thompson Bukher, LLP, with respect to the evidence material and necessary in the prosecution of this action and defense of the counterclaims.

Dated: New York, New York
       February 28, 2017

THOMPSON BUKHER LLP

By: _____
Benjamin S. Thompson (BT2176)
Tim Bukher (TB1984)
75 Broad Street, Suite 2120
New York, New York 10017
Telephone: (212) 920-6050
Facsimile: (646) 924-3040

*Attorneys for Plaintiffs*