Stevenson et al v. Cutler, et al – 14-cv-0240 (AKH)
Opposition to Plaintiffs' Motion for Sanctions

# EXHIBIT D



## Mark Kalish

**From:** Ben Thompson <bthompson@thomplegal.com>
**Sent:** Wednesday, May 03, 2017 4:42 PM
**To:** Mark Kalish
**Cc:** James Schwartzman; 'Tim Bukher'; 'Michael Feldberg'
**Subject:** RE:

Dear Mark:

Thanks for following up. Pursuant to our obligation to meet and confer on this issue, I ask that you clarify your request so that I can be sure that I am communicating it to our clients correctly. I am not denying your request, but asking that you please explain in writing.

My understanding is that you would like plaintiffs to consent to an extension of the discovery deadline until after the settlement conference on May 17. You seek this extension because you claim that Gloria Espinoza waived her attorney-client privilege, which somehow then makes me an available witness in this case, and you would like to depose me. I noted to you that, while reserving all rights, I would happily prepare a declaration for you explaining how legal damages have been calculated, but you insist that you want a deposition. Is my understanding correct—you want plaintiffs to extend the deadline for discovery so that you have an opportunity to depose their attorney if allowed to do so?

Please confirm or clarify, and I will endeavor to discuss this with our clients in time to get you a response ahead of the deadline.

Thanks,

Benjamin S. Thompson | 646.770.1097 | bthompson@thomplegal.com

From: Mark Kalish [mailto:Kalish@mosskalish.com]
Sent: Wednesday, May 3, 2017 2:28 PM
To: bthompson@thomplegal.com
Cc: James Schwartzman <Schwartzman@mosskalish.com>
Subject:

Dear Ben: In our conversation the other day I proposed that we postpone the May 10 deadline for conducting discovery until after the mandated settlement meeting on May 17. You indicated that you would get back to me. I have not heard from you. I would appreciate the courtesy of a response.

## MARK L. KALISH

Moss & Kalish, PLLC
122 East 42nd Street
New York, New York 10168
Phone: (212) 867-4488
Fax: (212) 983-5276

CONFIDENTIALITY NOTICE: The information contained in this e-mail is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is

1

connected. Communications from our firm contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code.

## Mark Kalish

| | |
|---|---|
| **From:** | Thompson, Ben <bthompson@thomplegal.com> |
| **Sent:** | Thursday, May 04, 2017 11:29 AM |
| **To:** | Mark Kalish |
| **Cc:** | Tim Bukher; Michael Feldberg |
| **Subject:** | Re: |

Mark:

Thanks for confirming. Allow me to speak to all plaintiffs and I'll try to have a response to you by end of day tomorrow.

Ben Thompson

On Wed, May 3, 2017 at 4:48 PM, Mark Kalish <Kalish@mosskalish.com> wrote:

The short answer is yes. I am not ruling out the possibility that any declaration you provide might be sufficient but cannot at this point close the door completely on deposing you. Since as I told you in our conversation I find it unpleasant to put both me and you in this position and would be interested, if possible, to avoid it, if we can settle the matter on the 17th the problem will go away. Hence my request to extend the deadline.

MARK L. KALISH

Moss & Kalish, PLLC

122 East 42nd Street

New York, New York 10168

Phone: (212) 867-4488

Fax: (212) 983-5276

CONFIDENTIALITY NOTICE: The information contained in this e-mail is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Communications from our firm contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code.