Stevenson et al v. Cutler, et al – 14-cv-0240 (AKH)
Opposition to Plaintiffs' Motion for Sanctions

# EXHIBIT  F

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

VICKTOR STEVENSON and GLORIA ESPINOZA, individually, and on behalf of others similarly situated,

                                    Plaintiffs,
                                Civil Action No.
                         14 Civ. 0240 (Hellerstein, J.)

      -against-

CUTLER SOHO, LLC, CUTLER PARK AVENUE, LLC, DANIRO 57TH STREET SALON NEW YORK, LLC, RODNEY CUTLER, MICHAEL GORDON, BEN STEWART, ANTHONY BARROW, DAVID KASTIN, XYZ COMPANIES 1-10 (UNIDENTIFIED) and JOHN and JANE DOES A-Z (UNITIFIED),

                                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

                              122 East 42nd Street
                              New York, New York

                              February 23, 2017
                              9:58 A.M.

                    DEPOSITION of GLORIA ESPINOZA, one of the Plaintiffs in the above-entitled action, taken by the attorney for the Defendants, Cutler Soho, LLC, Cutler Park Avenue, LLC, Daniro 57th Street Salon New York, LLC, Rodney Cutler, Ben Stewart, Anthony Barrow and David Kastin, pursuant to Notice and Order, held before Andrea Bloecker, a Notary Public within and for the State of New York, at the above time and place.

**ORIGINAL**

```
 1                    GLORIA ESPINOZA                    135
 2   you worked and being the way you were spoken to at times,
 3   were those the things?
 4        A    Yes.
 5        Q    Anything else?
 6        A    Not that I recall.
 7        Q    Any other discussions that you had with
 8   Mr. Stevenson about any of the issues in this lawsuit?
 9        A    Not that I recall.
10        Q    What about Amber Coutee, on page three,
11   C-o-u-t-e-e?
12        A    I don't know who that is.
13        Q    What about Sally Lampert?
14        A    I don't know who that is.
15        Q    You see where it says response to number
16   two?
17        A    Yeah.
18        Q    That last sentence says -- well, after the
19   comma on the last sentence, before where it says Vicktor
20   Stevenson, it says, Plaintiffs set forth a computation of
21   damages as follows, do you see that?
22        A    Yeah.
23        Q    Without going into any specific conversations
24   or communications with your attorney, did you contribute
25   at all in terms of the computation of the damages set
```

```
 1                    GLORIA ESPINOZA                    136
 2   forth for you, Gloria Espinoza?
 3        A    No.
 4        Q    Where it says annual hourly wage, seven
 5   twenty-five, do you know where that particular figure was
 6   obtained for this calculation?
 7        A    No.
 8        Q    It says days worked, 131.  Do you know where
 9   the amount of days was gotten for this calculation?
10        A    No.
11        Q    Where it says regular hours worked, 1,048, do
12   you know where that was gotten for this calculation?
13        A    No.
14        Q    Where it says overtime hours worked, 695, do
15   you know where that was gotten for this calculation?
16        A    No.
17        Q    Where it says overtime pay due, $7,485.44, do
18   you know where that figure was gotten from in terms of
19   making this calculation?
20        A    No.
21             MR. SCHWARTZMAN:  Off the record.
22             (Whereupon, a discussion was held off
23        the record.)
24        Q    Where it says spread of hours pay due,
25   $949.75, do you know how that figure was obtained for
```