Stevenson et al v. Cutler, et al – 14-cv-0240 (AKH)
Opposition to Plaintiffs' Motion for Sanctions

# EXHIBIT H

```
 1                    GLORIA ESPINOZA                      172
 2   the addresses as they are reflected here and in respect
 3   to the dates on Exhibit E are incorrect, is that
 4   correct?
 5        A     Yes.
 6        Q     Do you have any idea of how many times you and
 7   I have spoken by phone or by e-mail in respect to this
 8   matter?
 9        A     I don't recall how many.
10        Q     Would you say it's well over 50?
11              MR. SCHWARTZMAN:  Objection to form.
12        Q     You can answer.
13        A     I think so.  We've communicated a lot.
14        Q     Often times, if not always, we would discuss
15   this case and you would provide to me information and I
16   would explain that I was going to submit that information
17   in various forms to the court, is that correct?
18        A     Yes.
19        Q     You provided to me over the course of the
20   years that this has been an active matter many statements
21   and information, without going into those details, that
22   relate to the amount of time you worked there, the hours
23   that you worked there, the days that you worked there, is
24   that correct?
25        A     Yes.
```

```
1                     GLORIA ESPINOZA                    173
2      Q     Is it --
3                  MR. SCHWARTZMAN:  Note my objection to
4            the question.
5      Q     The information that you have provided to me
6   that related to the hours worked, the days worked, the
7   months worked, is that information sufficient to compile
8   the information that was shown to you today used to
9   calculate the damages due to you and damages in this
10  case, meaning wages that were owed to you that were not
11  paid?
12                 MR. SCHWARTZMAN:  Note my objection to
13           the question.
14     A     Do I answer it or do I not answer it?
15     Q     You can answer it.
16     A     Okay.
17           Yes.
18     Q     To be clear, in case the question was too
19  compound, was the information that you provided to me
20  about the hours, days, months, time that you worked at
21  Cutler sufficient for me to compile and calculate a
22  damages assessment of wages owed to you?
23     A     Yes.
24                 MR. SCHWARTZMAN:  Note my objection to
25           the question.
```