# MOSS & KALISH, PLLC

COUNSELLORS AT LAW
122 EAST 42ND STREET
NEW YORK, NY 10168-0098

---

TELEPHONE: (212) 867-4488
TELECOPIER: (212) 983-5276
E-MAIL: LAWYERS@MOSSKALISH.COM

MARK L. KALISH
GARY N. MOSS
LARRY Z. LAZAR*
HON. DAVID B. GELFARB*
---
JAMES SCHWARTZMAN

*ALSO ADMITTED IN NEW JERSEY

NASSAU OFFICE
500 OLD COUNTY, SUITE 206
GARDEN CITY, NY 11530
---
writer's e-mail:
schwartzman@mosskalish.com

May 19, 2017

**VIA FACSIMILE AND ECF**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Stevenson and Espinoza v. Cutler Soho, et. al. (14-CV-0240)</u>

Dear Judge Hellerstein:

Defendants' David Kastin, Anthony Barrow and Ben Stewart are making a motion for summary judgment dismissing the action as against them. Pursuant to Section D.1 of the Case Management Order, counsel for the parties agree to the following schedule for the Court's approval:

- June 8, 2017- Supporting affidavits and briefs

- June 26, 2017- Opposing affidavits and briefs

- July 7, 2017- Reply affidavits and briefs

Thank you.

Respectfully,

James Schwartzman

JAMES SCHWARTZMAN

cc: Tim Bukher, Esq. (by e-mail)