UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
VICKTOR STEVENSON and GLORIA :
ESPINOZA, *individually, and on behalf of others* :  **ORDER DENYING PLAINTIFFS'**
*similarly situated.* :  **MOTION FOR SANCTIONS**
:
             Plaintiffs, :  14 Civ. 240 (AKH)
   v. :
:
CUTLER SOHO, LLC, et. al., :
:
             Defendants. :
:
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Plaintiffs have moved for sanctions in the form of an adverse inference on the grounds that defendants failed to present an adequate Rule 30(b)(6) witness for deposition and failed to retain and produce wage and hour records relevant to the case. The motion is denied. Defendants' deposition testimony and paltry document production already provide an ample basis for plaintiffs to argue for the negative inferences they seek. The Clerk shall terminate the motion (Dkt. No. 49). A trial date will be set at the next status conference, to be held on June 23, 2017 at 10:00 a.m.

       SO ORDERED.

Dated:    May 26, 2017
            New York, New York
                                         ALVIN K. HELLERSTEIN
                                         United States District Judge