# MOSS & KALISH, PLLC

COUNSELLORS AT LAW
122 EAST 42ND STREET
NEW YORK, NY 10168-0098

MARK L. KALISH
GARY N. MOSS
LARRY Z. LAZAR*
HON. DAVID B. GELFARB*

---

JAMES SCHWARTZMAN

TELEPHONE: (212) 867-4488
TELECOPIER: (212) 983-5276
E-MAIL: LAWYERS@MOSSKALISH.COM

NASSAU OFFICE
500 OLD COUNTY, SUITE 206
GARDEN CITY, NY 11530

writer's e-mail:
schwartzman@mosskalish.com

*ALSO ADMITTED IN NEW JERSEY

June 9, 2017



**VIA FACSIMILE (212-805-7942)**
Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: Stevenson and Espinoza v. Cutler Soho, et. al. (14-CV-0240)**

Dear Judge Hellerstein:

I write on behalf of both myself and counsel for plaintiffs to report that the parties have reached a settlement of the above-captioned matter.

Specifically, defendants will pay plaintiffs the sum of $80,000 in full satisfaction of their claims. In addition, as recommended by the Court at the most recent conference, the Court will determine the amount of attorneys' fees to paid by defendants to plaintiffs' counsel.

The settlement contemplates that defendants will pay the $80,000 within 30 days after the Court renders a decision on the legal fees. This amount will be paid directly to plaintiffs. Defendants will pay the legal fees awarded in six equal monthly installments commencing 30 days after they pay the $80,000. Upon a default by defendants in making any of the payments contemplated by this settlement, the plaintiffs may enter a judgment being entered against the defendants for the total amount due under the settlement agreement less any amount previously paid.

The parties have agreed, as well, that upon submission by plaintiffs of the application for attorneys' fees defendants will have the right to review that submission and, if they so desire, oppose the application.

*Plaintiffs' fee application is due June 21, 2017. Defendants' opposition is due June 28, 2017, and plaintiffs' reply is due June 30, 2017. A settlement fairness hearing will be held on July 7, 2017 at 11:00 am. All papers submitted in support of the settlement must be filed no later than June 30, 2017. SO ORDERED. 6/12/17*

Hon. Alvin K. Hellerstein
June 9, 2017
Page Two

In view of the foregoing, it is respectfully requested that the Court set a date for the plaintiffs to submit their application for attorneys' fees; that defendants' opposition, if any, be due seven days afterward; and that plaintiffs' reply, if any, be due two days after the opposition is due. The parties are aware, as well, that the settlement is subject to review by the Court and would appreciate guidance from the Court as to how the Court wishes to proceed with respect to such a review.

Respectfully,

JAMES SCHWARTZMAN

cc: Tim Bukher, Esq.; Benjamin S. Thompson (by e-mail)