

75 Broad Street | Suite 2120 | New York, NY 10004 | 212.920.6050

Tim Bukher
tel 646.770.1010 | fax 646.349.2366
tbukher@thomplegal.com

June 16, 2017

**VIA FACSIMILE**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>Stevenson, et al. v. Cutler Soho, LLC, et al.  (14-cv-0240)</u>

Dear Judge Hellerstein:

    This firm represents the plaintiffs in the above-referenced matter. We write this letter pursuant to Rule 2E of the Court's Individual Rules with defendants' counsel who jointly drafted this letter with me.  By this letter plaintiffs are requesting that the Court adjourn the settlement fairness hearing currently scheduled for July 7, 2017 to July 11, 2017 or the soonest time thereafter convenient for the Court.  The defendants are seeking that the Court adjourn the filing deadlines for the submission of papers in support of settlement as well as submissions in connection with plaintiffs' fee application by the same number of days.

    Two of the three counsel on this matter, Mr. Tim Bukher and Mr. Michael Feldberg, will be traveling out of the country through July 10, 2017.  In light of the fact that the scheduled fairness hearing will likely involve questions regarding the fairness and accuracy of such counsel's billing on this matter, plaintiffs respectfully request that the hearing be rescheduled to July 11, 2017 or the soonest time thereafter convenient for the Court.  Defendants do not oppose this request.

    Defendants request that the Court adjourn the filing deadlines for the submission of papers in support of the settlement as well as submissions in connection with plaintiffs' fee application by the same number of days as the Court adjourns the fairness hearing.  Plaintiffs do not oppose this request.

                                              Sincerely,
                                              /s/Tim Bukher
                                              Tim Bukher

cc: James Schwartzman, Moss & Kalish, PLLC; Benjamin S. Thompson, Thompson Bukher LLP; Michael Feldberg, Thompson Bukher LLP (via electronic transmission)