UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VICKTOR STEVENSON and GLORIA ESPINOZA, individually, and on behalf of others similarly situated.<br><br>*Plaintiffs*,<br><br>– against –<br><br>CUTLER SOHO, LLC, CUTLER PARK AVENUE, LLC, DANIRO 57TH STREET SALON NEW YORK, LLC, RODNEY CUTLER, MICHAEL GORDON, BEN STEWART, ANTHONY BARROW, DAVID KASTIN, XYZ COMPANIES 1–10 (UNIDENTIFIED), and JOHN AND JANE DOES A–Z (UNIDENTIFIED),<br><br>*Defendants*. | Civ. Action No.: 14-cv-0240 (AKH)<br><br>Collective Action Under<br>29 U.S.C. § 216(b)<br><br>ECF Case<br><br>Magistrate Judge James L. Cott |

### NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Please take notice that upon the accompanying Memorandum of Law and annexed materials, Plaintiffs hereby move for the following relief:

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and in the Declaration of Benjamin S. Thompson in Support of Plaintiff's Motion for Approval of Attorneys' Fees and Reimbursement

1

of Expenses and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter an Order:

**(1) awarding Plaintiffs' Counsel $152,122.50 in attorneys' fees; and**

**(2) reimbursing $14,331.54 in out-of-pocket expenses that Plaintiffs' Counsel incurred in this action.**

Plaintiffs further request that the Court enter an Order:

**(3) allowing Plaintiffs' to file <u>Exhibit 1</u> to the Declaration of Benjamin S. Thompson under seal as such file, comprised of detailed descriptions of Plaintiffs' Counsel's billed time on this matter, constitutes highly sensitive, confidential, and potentially privileged information.**

Dated:  New York, New York
        June 28, 2017

THOMPSON BUKHER LLP

By: _____
       Tim Bukher (TB1984)
       Benjamin S. Thompson (BT2176)
       Michael Feldberg (MF0220)
       75 Broad Street, Suite 2120
       New York, New York 10004
       Telephone: (212) 920-6050
       Facsimile: (646) 924-3040
       *Attorneys for Plaintiffs*