Stevenson v. Cutler, et al - 14-cv-0240 (AKH)
Plaintiffs' Motion for  Approval of Attorney's
Fees and Reimbursement Expenses

# Exhibit 18