Stevenson v. Cutler, et al - 14-cv-0240 (AKH)
Plaintiffs' Motion for Approval of Attorney's
Fees and Reimbursement Expenses

# Exhibit 20

**From:** Tim Bukher [mailto:tbukher@thomplegal.com]
**Sent:** Wednesday, June 14, 2017 5:10 PM
**To:** James Schwartzman <Schwartzman@mosskalish.com>
**Cc:** bthompson@thomplegal.com; Mark Kalish <Kalish@mosskalish.com>; Michael Feldberg (mfeldberg@thomplegal.com) <mfeldberg@thomplegal.com>
**Subject:** Re: Stevenson v Cutler - July 7 Hearing

James,

Before I send an update, I need you to clarify your position to me. As I understood it, we wanted to adjourn the hearing 4 days, you wanted to adjourn everything "a few weeks" (per your initial email at 2:34 PM today).

If it is now your position that you are okay adjourning the hearing 4 days and just want the court to adjourn the submission dates the same amount of time, we do not oppose that. Let me know.

Tim Bukher
Thompson Bukher LLP | 75 Broad Street, Suite 2120 | New York, NY 10004
t. 212.920.6050 | d. 646.770.1010 | f. 646.349.2366
tbukher@thomplegal.com

--
CONFIDENTIALITY NOTICE: The foregoing message is intended only for the addressee. The contents of this message may be subject to the attorney-client privilege, the attorney work product privilege, or other applicable legal privileges. If you have received this message and are not the intended recipient as indicated in the address line, please delete this message promptly and notify the sender.

On Wed, Jun 14, 2017 at 5:05 PM, James Schwartzman <Schwartzman@mosskalish.com> wrote:

> Please redraft the letter to reflect the following: This letter misrepresents our position. We do not as you state oppose your request for an adjournment. And if you are not opposing our request to also extend the submission deadlines, there is no dispute. If you want to keep in your language about seeing no necessity for extending the deadlines, go ahead. I will put in a short response to that.
>
> James Schwartzman, Esq.
>
> Moss & Kalish, PLLC
>
> 122 East 42nd Street
>
> New York, New York 10168
>
> Phone: (212) 867-4488
>
> Fax: (212) 983-5276
>
> CONFIDENTIALITY NOTICE: The information contained in this e-mail is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Communications from our firm contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code
>
> **From:** Tim Bukher [mailto:tbukher@thomplegal.com]
> **Sent:** Wednesday, June 14, 2017 4:29 PM

**To:** James Schwartzman
**Cc:** bthompson@thomplegal.com; Mark Kalish; Michael Feldberg (mfeldberg@thomplegal.com)
**Subject:** Re: Stevenson v Cutler - July 7 Hearing

James,

Yes, we are preparing a settlement agreement draft which we will forward to you in about a day.

Attached is my draft letter to the court, please fill in your position and return to me.

Best,

Tim

Tim Bukher
Thompson Bukher LLP | 75 Broad Street, Suite 2120 | New York, NY 10004
t. 212.920.6050 | d. 646.770.1010 | f. 646.349.2366
tbukher@thomplegal.com

--
CONFIDENTIALITY NOTICE: The foregoing message is intended only for the addressee. The contents of this message may be subject to the attorney-client privilege, the attorney work product privilege, or other applicable legal privileges. If you have received this message and are not the intended recipient as indicated in the address line, please delete this message promptly and notify the sender.

On Wed, Jun 14, 2017 at 3:51 PM, James Schwartzman <Schwartzman@mosskalish.com> wrote:

If you think the Judge will want to see in a joint letter you making an issue of extending the submission dates after the plaintiffs request an extension of the hearing date, and without there being any prejudice to anyone, then go right ahead.

And as we requested, please let us know whether plaintiffs are preparing a settlement agreement.

James Schwartzman, Esq.

Moss & Kalish, PLLC

122 East 42nd Street

New York, New York 10168

Phone: (212) 867-4488

Fax: (212) 983-5276

CONFIDENTIALITY NOTICE:  The information contained in this e-mail is attorney privileged and confidential information.  It is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited.  If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected.  Communications from our firm contain or incorporate federal tax advice.  Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties.  Accordingly, this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code

**From:** Tim Bukher [mailto:tbukher@thomplegal.com]
**Sent:** Wednesday, June 14, 2017 3:36 PM
**To:** James Schwartzman
**Cc:** bthompson@thomplegal.com; Mark Kalish; Michael Feldberg (mfeldberg@thomplegal.com)

**Subject:** Re: Stevenson v Cutler - July 7 Hearing

James,

Are you taking this stance because some sort of tick compels you to counter anything we request rather than simply saying, "Okay"? We are asking to move the hearing date by at most 1 week. What is the point of moving the submission dates?

I feel like it will just annoy the judge to ask to move the submission dates. It makes sense to move the hearing date since this is a hearing about my hourly rate and I should be physically present to answer the judge's question about my hourly rate, but I don't need to be physically present in New York to draft and file my submissions. So why are we asking to move the submission dates?

Please let's just take a deep breath and agree to move the hearing date without asking for all sorts of other irrelevant things from the Court. Let me know, otherwise let's write the Court one of our famous joint letters (our position will be "we did not want to write this letter, but we need to be physically present at the hearing and opposing counsel is refusing to simply consent")--I am sure that this sort of letter will do wonders for your argument that the time/fees our side spent on this case were not justified.

Best,

Tim

Tim Bukher
Thompson Bukher LLP | 75 Broad Street, Suite 2120 | New York, NY 10004
t. 212.920.6050 | d. 646.770.1010 | f. 646.349.2366
tbukher@thomplegal.com

--
CONFIDENTIALITY NOTICE: The foregoing message is intended only for the addressee. The contents of this message may be subject to the attorney-client privilege, the attorney work product privilege, or other applicable legal privileges. If you have received this message and are not the intended recipient as indicated in the address line, please delete this message promptly and notify the sender.

On Wed, Jun 14, 2017 at 3:28 PM, James Schwartzman <Schwartzman@mosskalish.com> wrote:

No one is harmed or prejudiced by extending the submission dates. And there can be no final outcome until after the settlement fairness hearing. So if we are extending the hearing date the other dates should be extended as well.

James Schwartzman, Esq.

Moss & Kalish, PLLC

122 East 42nd Street

New York, New York 10168

Phone: (212) 867-4488

Fax: (212) 983-5276

CONFIDENTIALITY NOTICE: The information contained in this e-mail is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Communications from our firm contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code

**From:** Tim Bukher [mailto:tbukher@thomplegal.com]
**Sent:** Wednesday, June 14, 2017 2:40 PM
**To:** James Schwartzman
**Cc:** Mike Feldberg; bthompson@thomplegal.com; Mark Kalish
**Subject:** Re: Stevenson v Cutler - July 7 Hearing

James,

I'm not sure I understand why we need to ask the court to adjust any submission deadlines. We are seeking to adjourn the hearing that comes <u>after</u> the submissions... we don't need a few weeks, we just need the Court's next available date after the 10th which is when I get back to New York. I feel like asking to adjourn anything else unnecessarily complicates an otherwise very simple solution.

Can we please just ask to move the hearing date to the Court's next available date after the 10th?

Best,

Tim

Tim Bukher
Thompson Bukher LLP | 75 Broad Street, Suite 2120 | New York, NY 10004
t. 212.920.6050 | d. 646.770.1010 | f. 646.349.2366
tbukher@thomplegal.com

--
CONFIDENTIALITY NOTICE: The foregoing message is intended only for the addressee. The contents of this message may be subject to the attorney-client privilege, the attorney work product privilege, or other applicable legal privileges. If you have received this message and are not the intended recipient as indicated in the address line, please delete this message promptly and notify the sender.

On Wed, Jun 14, 2017 at 2:34 PM, James Schwartzman <Schwartzman@mosskalish.com> wrote:

We will consent to an adjournment and suggest a few weeks or the next available date after that. Any adjournment should also extend the deadlines for all related submissions to the Court.

James Schwartzman, Esq.

Moss & Kalish, PLLC

122 East 42nd Street

New York, New York 10168

Phone: (212) 867-4488

Fax: (212) 983-5276

CONFIDENTIALITY NOTICE: The information contained in this e-mail is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Communications from our firm contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code

**From:** Mike Feldberg [mailto:mfeldberg@thomplegal.com]
**Sent:** Wednesday, June 14, 2017 2:17 PM
**To:** James Schwartzman
**Cc:** bthompson@thomplegal.com; 'Tim Bukher'; Mark Kalish
**Subject:** Stevenson v Cutler - July 7 Hearing

Jim – we have a firm conflict with the July 7 fairness hearing and need to adjourn to either the following Friday or the next available date for the court. Do you agree to the adjournment? If so, I'll draft a quick joint letter for your review.

Thanks,

Mike

---

Mike Feldberg

Thompson Bukher LLP | 75 Broad Street, Suite 2120 | New York, NY 10004
p. 212.920.6050 | f. 646.349.2366
mfeldberg@thomplegal.com

--
CONFIDENTIALITY NOTICE: The foregoing message is intended only for the addressee. The contents of this message may be subject to the attorney-client privilege, the attorney work product privilege, or other applicable legal privileges. If you have received this message and are not the intended recipient as indicated in the address line, please delete this message promptly and notify the sender.

**From:** Mark Kalish [mailto:Kalish@mosskalish.com]
**Sent:** Wednesday, March 29, 2017 5:37 PM
**To:** bthompson@thomplegal.com
**Cc:** James Schwartzman <Schwartzman@mosskalish.com>
**Subject:** RE: Stevenson, et al v. Cutler Soho, et al

We will produce Rodney Cutler on April 6. That is the only commitment you have. Parenthetically, April 11 and 12 is Passover. Neither I nor Jim Schwartzman are available that day.

# MARK L. KALISH

Moss & Kalish, PLLC

122 East 42nd Street

New York, New York 10168

Phone: (212) 867-4488

Fax: (212) 983-5276

CONFIDENTIALITY NOTICE: The information contained in this e-mail is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Communications from our firm contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code.

**From:** Ben Thompson [mailto:bthompson@thomplegal.com]
**Sent:** Wednesday, March 29, 2017 5:32 PM
**To:** Mark Kalish
**Cc:** James Schwartzman; 'Michael Feldberg'; 'Tim Bukher'
**Subject:** RE: Stevenson, et al v. Cutler Soho, et al

Dear Mark:

I appreciate the clarity after our phone call in which you hung up on me mid-sentence, a routine practice of your law firm that is less appreciated.

Initially, there is no question as to whether we are entitled to four days for four different deponents. The court has ordered that we are to depose every defendant before April 21, 2017, and it does not matter that you choose to use the same individual—also an individual defendant—to represent those entity defendants. Our rights exist outside of the convenience of your chosen representative.

I remind you that we requested to consolidate the depositions of the plaintiffs, whom you have refused to depose remotely, into one or two days and you refused. You are requiring the full 7 hour allotment for each wage-claim plaintiff. For you to simultaneously state that it is "foolish" that we need more than one day to depose four separate defendants, one of which is the principal entity that is alleged to have violated a litany of laws and another its apparent monarch, so that you don't "tie him up for four days" is disingenuous and inconsistent with your own actions.

Accordingly, attached are revised deposition notices, pursuant to the court's most recent order, that notice the following defendants for depositions on the following dates:

- Daniro 57th Street Salon New York, LLC—April 6, 2017.
- Rodney Cutler, individually—April 11, 2017.
- Cutler Soho, LLC—April 12, 2017.
- Cutler Park Avenue, LLC—April 13, 2017.

We will continue with the depositions of the remaining defendants as previously scheduled and agreed upon between the parties.

<u>We fully expect to require seven hours per defendant</u>. I am sure that, based on your own demands of plaintiffs, you understand. Accordingly, at this time, we also expect that these defendants will be produced on the days noticed. We have scheduled court reporters to be present on those days. If the respective defendant is not produced on each notice date, we will immediately move to hold you in contempt for failure to comply with the court's order and seek immediate sanctions and costs.

Regards,

**Benjamin S. Thompson** | 646.770.1097 |bthompson@thomplegal.com

---

**From:** Mark Kalish [mailto:Kalish@mosskalish.com]
**Sent:** Wednesday, March 29, 2017 3:03 PM
**To:** bthompson@thomplegal.com
**Cc:** James Schwartzman <Schwartzman@mosskalish.com>
**Subject:** RE: Stevenson, et al v. Cutler Soho, et al

Dear Ben: To be absolutely clear, we are prepared to make Rodney Cutler, personally and as a representative of the three entity defendants available for deposition for the maximum number of hours permitted by the rules. The only thing I will not do, because it makes no sense, is set aside 4 days (assuming you are entitled to 4 days) in advance of the commencement of these depositions. I will produce Rodney Cutler on the April 6 as previously agreed. At the end of the first day, I am willing to schedule an additional day or days if you need them.

# MARK L. KALISH

Moss & Kalish, PLLC

122 East 42nd Street

New York, New York 10168

Phone: (212) 867-4488

Fax: (212) 983-5276

CONFIDENTIALITY NOTICE: The information contained in this e-mail is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Communications from our firm contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code.

---

**From:** Ben Thompson [mailto:bthompson@thomplegal.com]
**Sent:** Tuesday, March 28, 2017 6:01 PM
**To:** James Schwartzman
**Cc:** 'Michael Feldberg'; Mark Kalish; 'Tim Bukher'
**Subject:** RE: Stevenson, et al v. Cutler Soho, et al

James:

These are four separate defendants and deponents and we will take four separate depositions on four separate days. Mr. Cutler acting as representative of the three entities, in addition to his own deposition, does not circumvent Rule 30. Please provide the proposed dates for the other three defendants by tomorrow (Wednesday, March 29, 2017) at 12p EST or we will be forced to move the court.

Regards,

**Benjamin S. Thompson** | 646.770.1097 |bthompson@thomplegal.com

---

**From:** James Schwartzman [mailto:Schwartzman@mosskalish.com]
**Sent:** Tuesday, March 28, 2017 4:56 PM
**To:** bthompson@thomplegal.com
**Cc:** 'Michael Feldberg' <mfeldberg@thomplegal.com>; Mark Kalish <Kalish@mosskalish.com>; 'Tim Bukher' <tbukher@thomplegal.com>
**Subject:** RE: Stervenson, et al v. Cutler Soho, et al

Ben- As Cutler is appearing on behalf of all three entities as well as himself, there is no basis for taking four separate depositions of him.

James Schwartzman, Esq.

Moss & Kalish, PLLC

122 East 42nd Street

New York, New York 10168

Phone: (212) 867-4488

Fax: (212) 983-5276

CONFIDENTIALITY NOTICE: The information contained in this e-mail is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Communications from our firm contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code

---

**From:** Ben Thompson [mailto:bthompson@thomplegal.com]
**Sent:** Monday, March 27, 2017 6:08 PM
**To:** James Schwartzman
**Cc:** 'Michael Feldberg'; Mark Kalish; 'Tim Bukher'
**Subject:** RE: Stervenson, et al v. Cutler Soho, et al

James – the dates and times for Daniro 57, Barrow, Kastin, and Stewart work fine. We will need independent days to depose Rodney Cutler, individually, Cutler Soho, and Cutler Park Avenue—April 6 for all four defendants does not work. Please provide dates for those three defendants.

**Benjamin S. Thompson** | 646.770.1097 | bthompson@thomplegal.com

---

**From:** James Schwartzman [mailto:Schwartzman@mosskalish.com]
**Sent:** Monday, March 27, 2017 3:31 PM
**To:** bthompson@thomplegal.com
**Cc:** 'Michael Feldberg' <mfeldberg@thomplegal.com>; Mark Kalish <Kalish@mosskalish.com>; 'Tim Bukher' <tbukher@thomplegal.com>
**Subject:** RE: Stervenson, et al v. Cutler Soho, et al

Ben- We propose the following deposition schedule for defendants: 1) Rodney Cutler on 4/6 at 10 am on behalf of himself and Daniro 57, Cutler Soho and Cutler Park Avenue 2) Barrow-4/19 at 11 am; 3) Kastin-4/20 at 11 am ; and 4) Stewart-4/21 at 10 am. Please confirm this works.

James Schwartzman, Esq.

Moss & Kalish, PLLC

122 East 42nd Street

New York, New York 10168

Phone: (212) 867-4488

Fax: (212) 983-5276

CONFIDENTIALITY NOTICE: The information contained in this e-mail is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Communications from our firm contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code

**From:** James Schwartzman [mailto:Schwartzman@mosskalish.com]
**Sent:** Friday, March 10, 2017 2:52 PM
**To:** bthompson@thomplegal.com
**Cc:** 'Michael Feldberg' <mfeldberg@thomplegal.com>; Mark Kalish <Kalish@mosskalish.com>
**Subject:** RE: Stevenson et al v. Cutler Soho, et al

Ben- Enclosed are the letter and defendants' proposed order we are filing with the Court.

James Schwartzman, Esq.

Moss & Kalish, PLLC

122 East 42nd Street

New York, New York 10168

Phone: (212) 867-4488

Fax: (212) 983-5276

CONFIDENTIALITY NOTICE: The information contained in this e-mail is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Communications from our firm contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code

---

**From:** Ben Thompson [mailto:bthompson@thomplegal.com]
**Sent:** Friday, March 10, 2017 2:35 PM
**To:** James Schwartzman
**Cc:** 'Michael Feldberg'; Mark Kalish
**Subject:** RE: Stevenson et al v. Cutler Soho, et al

We consent to this version.

**Benjamin S. Thompson** | 646.770.1097 |bthompson@thomplegal.com

---

**From:** James Schwartzman [mailto:Schwartzman@mosskalish.com]
**Sent:** Friday, March 10, 2017 2:32 PM
**To:** bthompson@thomplegal.com
**Cc:** 'Michael Feldberg' <mfeldberg@thomplegal.com>; Mark Kalish <Kalish@mosskalish.com>
**Subject:** RE: Stevenson et al v. Cutler Soho, et al

One revision attached.

James Schwartzman, Esq.

Moss & Kalish, PLLC

122 East 42nd Street

New York, New York 10168

Phone: (212) 867-4488

Fax: (212) 983-5276

CONFIDENTIALITY NOTICE: The information contained in this e-mail is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Communications from our firm contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code

**From:** Ben Thompson [mailto:bthompson@thomplegal.com]
**Sent:** Friday, March 10, 2017 2:17 PM
**To:** James Schwartzman
**Cc:** 'Michael Feldberg'; Mark Kalish
**Subject:** RE: Stevenson et al v. Cutler Soho, et al

Revisions attached.

**Benjamin S. Thompson** | 646.770.1097 |bthompson@thomplegal.com

**From:** James Schwartzman [mailto:Schwartzman@mosskalish.com]
**Sent:** Thursday, March 9, 2017 11:50 PM
**To:** bthompson@thomplegal.com
**Cc:** 'Michael Feldberg' <mfeldberg@thomplegal.com>; Mark Kalish <Kalish@mosskalish.com>
**Subject:** RE: Stevenson et al v. Cutler Soho, et al

Ben- Enclosed are my revisions and redlined changes.

James Schwartzman, Esq.

Moss & Kalish, PLLC

122 East 42nd Street

New York, New York 10168

Phone: (212) 867-4488

Fax: (212) 983-5276

CONFIDENTIALITY NOTICE: The information contained in this e-mail is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Communications from our firm contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties.

Accordingly, this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code

---

**From:** Ben Thompson [mailto:bthompson@thomplegal.com]
**Sent:** Thursday, March 09, 2017 6:21 PM
**To:** James Schwartzman
**Cc:** 'Michael Feldberg'; Mark Kalish
**Subject:** RE: Stevenson et al v. Cutler Soho, et al

James:

Attached are our revisions.

I agree with your comments below in theory, but the point is that delay is a substantive aspect of our position, as there is no reason for you to argue for a sequence otherwise. My point to your revisions yesterday was not that they were auxiliary commentary, but that they were factually false (how you can possibly dispute it and claim your recitation is accurate in the face of evidence to the contrary is beyond me).

I have attempted to find a middle ground, and have only added a few edits that make our point. If they're not acceptable, we'll move to compel. This has taken long enough.

**Benjamin S. Thompson** | 646.770.1097 |bthompson@thomplegal.com

---

**From:** James Schwartzman [mailto:Schwartzman@mosskalish.com]
**Sent:** Thursday, March 9, 2017 10:55 AM
**To:** bthompson@thomplegal.com
**Cc:** 'Michael Feldberg' <mfeldberg@thomplegal.com>; Mark Kalish <Kalish@mosskalish.com>
**Subject:** Stevenson et al v. Cutler Soho, et al

Ben- Enclosed is the revised letter together with the redlined changes to your draft.   This draft is a good faith attempt to finalize the joint letter based upon the following principles:

   1.     Each side should set forth in its own position section its <u>substantive</u> arguments concerning the order of depositions.   Defendants in the first draft of the letter did exactly that and anticipated that plaintiffs would do the same.

   -

   2)     Defendants believe that plaintiffs' unsupported assertions that defendants have delayed and protracted the outcome of this case are factually false. We also believe that our recitation of facts showing plaintiffs have delayed the litigation of this matter was accurate, even when taking into account your narrative attempting to show otherwise. Given that the parties disagree about "delay," and its irrelevance in any event to a determination by the Court regarding deposition order, the letter should not address "delay." Similarly, the length of and questions asked at the deposition of Espinoza (to the best of my recollection the questions you identify were few and addressed either  document(s) produced by plaintiffs or a matter raised by your cross-examination)   also are irrelevant to the issue being presented to the Court.

James Schwartzman, Esq.

Moss & Kalish, PLLC

122 East 42nd Street

New York, New York 10168

Phone: (212) 867-4488

Fax: (212) 983-5276

CONFIDENTIALITY NOTICE: The information contained in this e-mail is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Communications from our firm contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code

---

**From:** Ben Thompson [mailto:bthompson@thomplegal.com]
**Sent:** Wednesday, March 08, 2017 7:27 PM
**To:** James Schwartzman
**Cc:** 'Michael Feldberg'; Mark Kalish
**Subject:** RE: Stevenson et al v. Cutler Soho, et al


James,


Attached are our revisions and blackline. We do not accept your distortion, and in many instances plainly false statements, of truth in order to buttress your position. For example, you claim that plaintiffs have delayed the litigation and point to two periods of time between October 31, 2014 and March 2015, and between March 3, 2016 and July 15, 2016, where plaintiffs "took no action" and "did not move the case forward." In reality:


- A revised Notice was sent to you for consent on November 17, 2014, you failed to respond at all.
- A follow up to that communication was sent to you on November 21, 2014 asking for you to expedite review of the Notice, you failed to respond at all.
- You failed to respond until December 16, 2014, in which you rejected very minor modifications that could have taken no longer than 10 minutes to review.
- Another revised Notice was sent to you for consent on January 9, 2015, you failed to respond at all.
- A follow up to that communication was sent to you on January 14, 2015, you failed to respond at all.
- Another follow up to that communication was sent to you on January 21, 2015, and you responded that day that you did not consent to the Notice.
- We then proceeded accordingly.


And:


- On March 28, 2016, we continued discussions with Mark Kalish that had begun in November 2015 relating to mediation and settlement.
- On March 29, 2016, communication was sent to Mark Kalish continuing discussions regarding mediation, and did not receive a response.
- A follow up to that communication was sent to Mark Kalish on April 6, 2016. Kalish responded on April 7, 2016 apologizing for his delay, and suggesting that we contact the court regarding mediation.
- We contacted the court to inquire what method they would like us to follow in order to commence mediation.

- On April 12, 2016, we communicated to Mark Kalish that we had spoken to the court, and Kalish responded that we should draft a letter to the court regarding mediation scheduling and seek dates.
- We drafted that letter, and sent to Mark Kalish on April 18, 2016.
- On April 19, 2016, your client suddenly rejected mediation.
- In subsequent phone calls attempting to resuscitate this dialogue, we were informed that Rodney Cutler stated that he would rather spend all of his money on legal fees that give any money to the plaintiffs.
- We then continued to gather documents responsive to what was an extremely, overly burdensome document request, to which you subsequently refused to do absolutely anything until you received more documents—despite having produced virtually nothing yourself—forcing us to seek the court's intervention.

I'm more than happy to present this timeline to the court, and will certainly do so if you continue along these dishonest lines. I remind you that our attorneys' fees are recoverable so long as we prevail in any amount. It is waste of time to refute false allegations in the face of clear evidence to the contrary. We will simply move to compel if this isn't resolved more quickly and without deceit.

Regards,

**Benjamin S. Thompson** | 646.770.1097 |bthompson@thomplegal.com

---

**From:** James Schwartzman [mailto:Schwartzman@mosskalish.com]
**Sent:** Tuesday, March 7, 2017 7:46 PM
**To:** bthompson@thomplegal.com
**Cc:** Michael Feldberg (mfeldberg@thomplegal.com) <mfeldberg@thomplegal.com>; Mark Kalish <Kalish@mosskalish.com>
**Subject:** RE: Stevenson et al v. Cutler Soho, et al

Enclosed are my revisions and a redlined version of changes from your draft.

James Schwartzman, Esq.

Moss & Kalish, PLLC

122 East 42nd Street

New York, New York 10168

Phone: (212) 867-4488

Fax: (212) 983-5276

CONFIDENTIALITY NOTICE:  The information contained in this e-mail is attorney privileged and confidential information.  It is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited.  If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected.  Communications from our firm contain or incorporate federal tax advice.  Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties.  Accordingly, this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code

---

**From:** Ben Thompson [mailto:bthompson@thomplegal.com]
**Sent:** Monday, March 06, 2017 7:16 PM

**To:** James Schwartzman
**Cc:** 'Michael Feldberg'; Mark Kalish
**Subject:** RE: Stevenson et al v. Cutler Soho, et al

Revisions attached.

**Benjamin S. Thompson** | 646.770.1097 |bthompson@thomplegal.com

---

**From:** James Schwartzman [mailto:Schwartzman@mosskalish.com]
**Sent:** Friday, March 3, 2017 11:30 AM
**To:** Thompson, Ben <bthompson@thomplegal.com>
**Cc:** Michael Feldberg (mfeldberg@thomplegal.com) <mfeldberg@thomplegal.com>; Mark Kalish <Kalish@mosskalish.com>
**Subject:** Stevenson et al v. Cutler Soho, et al

Ben-Enclosed is a draft of a joint letter to the Court concerning the scheduling of depositions and defendants' proposed order pursuant to Section E of the Case Management Plan. Please provide your comments and draft of the "Plaintiffs' Position" section.

James Schwartzman, Esq.

Moss & Kalish, PLLC

122 East 42nd Street

New York, New York 10168

Phone: (212) 867-4488

Fax: (212) 983-5276

CONFIDENTIALITY NOTICE: The information contained in this e-mail is attorney privileged and confidential information. It is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are notified that any disclosure, copying, distribution, electronic storage or use of this communication is prohibited. If you received this communication in error, please notify us immediately by e-mail, attaching the original message, and delete the original message from your computer, and any network to which your computer is connected. Communications from our firm contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code