# EXHIBIT E

| | | |
|---|---|---|
| | | Stewart. (Schwartzman, James) (Entered: 09/19/2014) |
| 11/03/2014 | 15 | MEMO ENDORSEMENT denying 12 Motion to Certify Class. ENDORSEMENT: Motion denied for failure to provide free choice of attorney to members of class who opt-in, see my Individual Rules, R. 61 & form template, and for attempting to restrict the court's obligation to determine a reasonable fee. See 29 U.S.C. 216(b). (Signed by Judge Alvin K. Hellerstein on 10/31/2014) (tro) (Entered: 11/03/2014) |
| 03/09/2015 | 16 | MOTION for Order to Show Cause ., MOTION to Certify Class . Document filed by Gloria Espinoza(individually), Gloria Espinoza(and on behalf of all others similarly situated), Vicktor Stevenson(and on behalf of all others similarly situated), Vicktor Stevenson(individually). (Attachments: # 1 Text of Proposed Order Proposed Order)(Bukher, Tim) (Entered: 03/09/2015) |
| 03/09/2015 | 17 | MEMORANDUM OF LAW in Support re: 16 MOTION for Order to Show Cause . MOTION to Certify Class . . Document filed by Gloria Espinoza(individually), Gloria Espinoza(and on behalf of all others similarly situated), Vicktor Stevenson(and on behalf of all others similarly situated), Vicktor Stevenson(individually). (Bukher, Tim) (Entered: 03/09/2015) |
| 03/09/2015 | 18 | AFFIRMATION of Benjamin S. Thompson, Esq. in Support re: 16 MOTION for Order to Show Cause . MOTION to Certify Class .. Document filed by Gloria Espinoza(individually), Gloria Espinoza(and on behalf of all others similarly situated), Vicktor Stevenson(and on behalf of all others similarly situated), Vicktor Stevenson(individually). (Attachments: # 1 Exhibit Ex. A - Order on Consent Motion for Notice, # 2 Exhibit Ex. B - (Revised) Proposed Notice of Lawsuit)(Bukher, Tim) (Entered: 03/09/2015) |
| 03/09/2015 | 19 | DECLARATION of Victor Stevenson in Support re: 16 MOTION for Order to Show Cause . MOTION to Certify Class .. Document filed by Gloria Espinoza(individually), Gloria Espinoza(and on behalf of all others similarly situated), Vicktor Stevenson(and on behalf of all others similarly situated), Vicktor Stevenson(individually). (Bukher, Tim) (Entered: 03/09/2015) |
| 03/09/2015 | 20 | DECLARATION of Gloria Espinoza in Support re: 16 MOTION for Order to Show Cause . MOTION to Certify Class .. Document filed by Gloria Espinoza(individually), Gloria Espinoza(and on behalf of all others similarly situated), Vicktor Stevenson(and on behalf of all others similarly situated), Vicktor Stevenson(individually). (Bukher, Tim) (Entered: 03/09/2015) |
| 03/11/2015 | 21 | ORDER denying 16 Motion for Order to Show Cause Proceeding by order to show cause, without showing reason or necessity for such approach, is improper. The motion should be made on notice, allowing proper (or agreed) time to oppose. See Rules 5,6, Fed. R. Civ. P. This ruling is without prejudice to the substance of any subsequent motion. (HEREBY ORDERED by Judge Alvin K. Hellerstein)(Text Only Order) (Hellerstein, Alvin) (Entered: 03/11/2015) |
| 04/23/2015 | 22 | MOTION to Certify Class . Document filed by Gloria Espinoza(individually), Gloria Espinoza(and on behalf of all others similarly situated), Vicktor Stevenson(and on behalf of all others similarly situated), Vicktor |

