**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VICKTOR STEVENSON and GLORIA ESPINOZA, individually, and on behalf of others similarly situated.

*Plaintiffs*,

– against –

CUTLER SOHO, LLC, CUTLER PARK AVENUE, LLC, DANIRO 57TH STREET SALON NEW YORK, LLC, RODNEY CUTLER, MICHAEL GORDON, BEN STEWART, ANTHONY BARROW, DAVID KASTIN, XYZ COMPANIES 1–10 (UNIDENTIFIED), and JOHN AND JANE DOES A–Z (UNIDENTIFIED),

*Defendants*.

**Civ. Action No.: 14-cv-0240 (AKH)**

**Collective Action Under**
**29 U.S.C. § 216(b)**

**ECF Case**

**Magistrate Judge James L. Cott**

**NOTICE ERRATA TO NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF**
**ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: PLEASE TAKE

NOTICE that Plaintiffs hereby file this errata to their Notice of Motion for Approval of Attorneys'

Fees and Reimbursement of Expenses ("Plaintiffs' Motion"), filed in 1:14-cv-0240, ECF #65, on

June 28, 2017. Plaintiffs include a corrected version of Plaintiffs' Motion which has been concurrently filed with this Notice.

The following correction has been made to Plaintiffs' Motion:

Plaintiffs' **Third Request** to seal the exhibit in connection with their motion, previously stated as "Exhibit 1" has been corrected to identify the correct "Exhibit 18."

Dated: New York, New York
July 7, 2017

THOMPSON BUKHER LLP

By: _____

Tim Bukher (TB1984)
Benjamin S. Thompson (BT2176)
Michael Feldberg (MF0220)
75 Broad Street, Suite 2120
New York, New York 10004
Telephone: (212) 920-6050
Facsimile: (646) 924-3040
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VICKTOR STEVENSON and GLORIA ESPINOZA, individually, and on behalf of others similarly situated.

*Plaintiffs*,

− against −

CUTLER SOHO, LLC, CUTLER PARK AVENUE, LLC, DANIRO 57TH STREET SALON NEW YORK, LLC, RODNEY CUTLER, MICHAEL GORDON, BEN STEWART, ANTHONY BARROW, DAVID KASTIN, XYZ COMPANIES 1–10 (UNIDENTIFIED), and JOHN AND JANE DOES A–Z (UNIDENTIFIED),

*Defendants*.

**Civ. Action No.: 14-cv-0240 (AKH)**

**Collective Action Under**
**29 U.S.C. § 216(b)**

**ECF Case**

**Magistrate Judge James L. Cott**

**NOTICE OF PLAINTIFFS' MOTION FOR APPROVAL OF ATTORNEYS' FEES AND**
**REIMBURSEMENT OF EXPENSES**

Please take notice that upon the accompanying Memorandum of Law and annexed materials, Plaintiffs hereby move for the following relief:

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and in the Declaration of Benjamin S. Thompson in Support of Plaintiff's Motion for Approval of Attorneys' Fees and Reimbursement

1

of Expenses and the exhibits attached thereto, Plaintiffs respectfully request that the Court enter

an Order:

**(1) awarding Plaintiffs' Counsel $152,122.50 in attorneys' fees; and**

**(2) reimbursing $14,331.54 in out-of-pocket expenses that Plaintiffs' Counsel**

**incurred in this action.**

Plaintiffs further request that the Court enter an Order:

**(3) allowing Plaintiffs' to file Exhibit 18 to the Declaration of Benjamin S. Thompson**

**under seal as such file, comprised of detailed descriptions of Plaintiffs' Counsel's**

**billed time on this matter, constitutes highly sensitive, confidential, and potentially**

**privileged information.**

Dated: New York, New York
       June 28, 2017

THOMPSON BUKHER LLP

By: _____

    Tim Bukher (TB1984)
    Benjamin S. Thompson (BT2176)
    Michael Feldberg (MF0220)
  75 Broad Street, Suite 2120
  New York, New York 10004
  Telephone: (212) 920-6050
  Facsimile: (646) 924-3040
  *Attorneys for Plaintiffs*