```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/17/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VICKTOR STEVENSON and GLORIA ESPINOZA, individually, and on behalf of others similarly situated.

*Plaintiffs*,

– against –

CUTLER SOHO, LLC, CUTLER PARK AVENUE, LLC, DANIRO 57TH STREET SALON NEW YORK, LLC, RODNEY CUTLER, MICHAEL GORDON, BEN STEWART, ANTHONY BARROW, DAVID KASTIN, XYZ COMPANIES 1–10 (UNIDENTIFIED), and JOHN AND JANE DOES A–Z (UNIDENTIFIED),

*Defendants.*

Civ. Action No.: 14-cv-0240 (AKH)

Collective Action Under
29 U.S.C. § 216(b)

ECF Case

Magistrate Judge James L. Cott

## [PROPOSED] ORDER

Upon the parties' submission of a proposed Stipulation of Settlement, dated June 23, 2017 (the "Settlement"), in this matter, the papers submitted by the parties in connection with Plaintiffs' Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and upon all the prior pleadings in this matter, it is

ORDERED, that the terms of the Settlement are deemed fair and reasonable and, accordingly, it is

ORDERED, that Defendants shall pay to the Plaintiffs $80,000 in damages in accordance with the terms of the Settlement, it is

ORDERED, that Defendants shall pay to Plaintiffs' counsel $150,000 in legal fees (inclusive of costs and expenses) in accordance with the terms of the Settlement, and it is

ORDERED, that this action is dismissed with prejudice and closed (but without prejudice to the Plaintiffs' right to enforce any uncured breach of the Settlement in accordance with the terms thereof).

SO ORDERED:

*/s/ signature/*
Hon. Hellerstein, U.S.D.J.
7-17-17

1